

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:06-CR-210-LDG-LRL |
| vs. | ) |
| JOSEPH PLEICHNER, | ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#733) on May 9, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| OFFICE MAX | 161.22 |
| CITIGROUP INVESTIGATIVE SERVICES | 159,998.75 |
| MACYS | 149.66 |
| HOME DEPOT | 7,794.11 |
| LOWES HOME IMPROVEMENT | 23,435.28 |
| TARGET STORE | 342.65 |
| CIRCUIT CITY | 59.84 |
| RADIOSHACK LOSS PREVENTION SERVICE | 294.97 |
| SEARS | 2,784.15 |
| KMART | 1,085.13 |
| PETSMART | 2,179.54 |

| | |
|---|---:|
| TOYS R US | 147.45 |
| WALGREENS | 89.24 |
| OFFICE DEPOT | 8,464.12 |
| BEST BUY | 161.58 |
| ALBERTSONS | 819.14 |
| CERETGY | 43,243.94 |
| TJ MAXX | 204.64 |
| CINGULAR | 921.86 |
| COST PLUS | 70.51 |
| DILLARDS | 333.46 |
| FRIEDMAN JE | 163.67 |
| PICTURE PERFECT | 68.97 |
| DISNEY STORE | 325.46 |
| MARSHALLS | 149.66 |

**Total Amount of Restitution ordered:  $253,449.00\*\***

\*\*Joint and Several with co-defendants

Dated this ____14____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE