

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-210-LDG-LRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH PLEICHNER | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (#733) on May 9, 2008.   Upon further review of the

restitution order in this matter, the specifics needed to complete the order of restitution were not

made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

| | |
|---|---|
| OFFICE MAX | 161.22 |
| CITIGROUP INVESTIGATIVE SERVICES | 159,998.75 |
| MACYS | 149.66 |
| HOME DEPOT | 7,794.11 |
| LOWES HOME IMPROVEMENT | 23,435.28 |
| TARGET STORE | 342.65 |
| CIRCUIT CITY | 59.84 |
| RADIOSHACK LOSS PREVENTION SERVICE | 294.97 |
| SEARS | 2,784.15 |
| KMART | 1,085.13 |
| PETSMART | 2,179.54 |

| | |
|---|---|
| TOYS R US | 147.45 |
| WALGREENS | 89.24 |
| OFFICE DEPOT | 8,464.12 |
| BEST BUY | 161.58 |
| ALBERTSONS | 819.14 |
| CERETGY | 43,243.94 |
| TJ MAXX | 204.64 |
| CINGULAR | 921.86 |
| COST PLUS | 70.51 |
| DILLARDS | 333.46 |
| FRIEDMAN JE | 163.67 |
| PICTURE PERFECT | 68.97 |
| DISNEY STORE | 325.46 |
| MARSHALLS | 149.66 |

**Total Amount of Restitution ordered:  $253,449.00****

**Joint and Several with co-defendants

Dated this _____/4_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE